390 A.2d 310

Maiorana, Appellant, v. Abington Memorial Hospital et al.

Argued March 28, 1978.

Gustine J. Pelagatti, with him Patricia A. McHugh, for appellant; No appearance entered nor briefs submitted for appellees, Abington Memorial Hospital and Kinlaw; Dean B. Stewart, for appellee, Repice; William B. Koch and Dean Francis, submitted briefs for appellees, Miller and Malamut.

Order affirmed.

390 A.2d 310

Maser v. Maser, Appellant.

Argued March 22, 1978. Kingsley A. Jarvis, for appellant; Richard C. Sheehan, for appellee.

Decree affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.